UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS,<br><br>   Petitioner,<br><br>  v.<br><br>E. VALENZUELA, Warden,<br><br>   Respondent. | Case No. CV 16-9683- ODW(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the March 23, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed for the reasons explained in the Report and Recommendation, and that Judgment be entered accordingly.

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the |
| 2 | Report and Recommendation, and the Judgment herein on petitioner and on |
| 3 | respondent's counsel. |
| 4 | IT IS SO ORDERED. |
| 6 | DATED: May 1, 2018 |

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE