UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN WILLIAMS, | ) | Case No. CV 16-9683 ODW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| E. VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: May 1, 2018

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE